| B9I (Official Form 9I) (Chapter 13 Case) (12/12) | Case Number 15−30196 |
|---|---|
| UNITED STATES BANKRUPTCY COURT Middle District of Alabama | |

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on January 26, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jacqueline Stovall
872 Marler Road
Pike Road, AL 36064

| Case Number:<br>15−30196 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−0037 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104<br>Telephone number:  334−269−4440 | Bankruptcy Trustee (name and address):<br>Curtis C. Reding<br>P. O. Box 173<br>Montgomery, AL 36101<br>Telephone number:  334−262−8371 |

## Meeting of Creditors
*** photo identification required ***

Date:  **February 26, 2015**                              Time:  **09:00 AM**
Location:  **Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit):  **May 27, 2015**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: April 27, 2015**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed.  The hearing on confirmation will be held:
Date: **March 30, 2015**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>One Church Street<br>Montgomery, AL 36104<br>Telephone number:  334−954−3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Juan−Carlos Guerrero |
|---|---|
| Hours Open:  Monday − Friday 8:00 AM − 4:00 PM | Date:  January 27, 2015 |

# EXPLANATIONS    B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

```
                            United States Bankruptcy Court
                             Middle District of Alabama
In re:                                                          Case No. 15-30196-DHW
Jacqueline Stovall                                              Chapter 13
          Debtor
                             CERTIFICATE OF NOTICE
District/off: 1127-2           User: admin                 Page 1 of 2                   Date Rcvd: Jan 27, 2015
                               Form ID: b9i                Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2015.
db            +Jacqueline Stovall,    872 Marler Road,    Pike Road, AL 36064-3915
3240423        ABILITY RECOVERY SERVI,    PO BOX,    WYOMING, PA 18644
3240425       +AFNI, INC,   P O BOX 3427,    Albany, GA 31706-3427
3240429        AT & T,    PO BOX 163250,   Columbus, OH 43216-3250
3240426       +Alltel,   Dept 555,    P.O. Box 4127,    Concord, CA 94524-4127
3240430       +BAPTIST MEDICAL CENTER EAST,    C/O HCBC,    1286 CARMICAHEL WAY,    Montgomery, AL 36106-3645
3240431       +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3240432       +BLACK BEAR ADVANCE,    P.O. BOX 529,    Klamath, CA 95548-0529
3240433       +CAPITAL ONE,   PO BOX 5253,    Schaumburg, IL 60196-0001
3240434        COLUMBIA HOUSE,    PO BOX 91601,    Indianapolis, IN 46291-0601
3240437        DELBERT SERVICES/CONSU,    RODNEY SQUARE N 1100 N M,    WILMINGTON, DE 18901
3240438        DEPARTMENT OF EDUCATION/NAVIENT,    PO BOX 9655,    Wilkes Barre, PA 18773-9655
3240439       +DEPT OF ED/SALLIE MAE,    11100 USA PKWY,    FISHERS, IN 46037-9203
3240440       +DR. N JEFF CARDEN III,    401 E MARTIN LUTHER KING WAY,    Tuskegee, AL 36083-1842
3240419        EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3240421        EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3240442       +FIRST NATIONAL COLLECTION BUREAU,    610 WALTHAM WAY,    Sparks, NV 89434-6695
3240445       +HOLL CRD,   1286 CARMICHAEL WAY,    MONTGOMERY, AL 36106-3645
3240446       +HOLLOWAY & MOXLEY,    PO BOX 4953,    Montgomery, AL 36103-4953
3240447       +HOLLOWAY CREDIT SOLUTI,    1286 CARMICHAEL WAY,    MONTGOMERY, AL 36106-3645
3240450       +Jefferson Capital,    P.O.Box 1259,    Oaks, PA 19456-1259
3240451       +MERCHANTS AD,    P O BOX 7511,    MOBILE, AL 36670-0511
3240453       +MONROE AND MAIN,    1112 SEVENTH AVE.,    MONROE, WI 53566-1364
3240454       +MONTGOMERY RADIOLOGY,    2055 NORMANDIE DR., STE. 108,    MONTGOMERY, AL 36111-2730
3240455       +MOTOR MAX,    216 13TH STREET,    Columbus, GA 31901-2137
3240457        OCWEN,    P O BOX 785061,    Orlando, FL 32878-5061
3240458       +PENN FOSTER,    PO BOX 4031,    Wyoming, PA 18644-0031
3240460       +PRI MED PHYSICIANS,    PO BOX 830827,    Birmingham, AL 35283-0827
3240459       +Physicians for Women,    PO BOX 240488,    Montgomery, AL 36124-0488
3240461        Pri-Med Physicians,    P.O. Box 830827,    Dept A,    Birmingham, AL 35283-0827
3240465       +STOKES & CLINTON,    PO BOX 991801,    Mobile, AL 36691-8801
3240420       +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3240466       #+TRONIX CNTRY,    8001 FORBES PL,    SPRINGFIELD, VA 22151-2205
3240467       +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD, STE 206,    Toledo, OH 43614-1501
3240468       +UNV FIDLTY,    1445 LANGHAM CREEK,    HOUSTON, TX 77084-5012
3240469       +US DEPT OF EDUCATION,    ATTN: BANKRUPTCY,    PO BOX 16448,    SAINT PAUL, MN 55116-0448
3240470       +Verzion,    P.O. Box 26055,    Minneapolis, MN 55426-0055
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jmilam@smclegal.com Jan 27 2015 21:41:41      Joshua C. Milam,
                 Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL  36104
tr            +E-mail/Text: ch13montgomery@ch13mdal.com Jan 27 2015 21:42:34       Curtis C. Reding,
                 P. O. Box 173,    Montgomery, AL 36101-0173
3240422       +EDI: AAEO.COM Jan 27 2015 21:28:00      AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,
                 KENNESAW, GA 30144-3672
3240427       +E-mail/Text: kowens@americanfamilycare.com Jan 27 2015 21:42:15       AMERICAN FAMILY CARE,
                 MSC 10000020,    BX 830810,    Birmingham, AL 35283-0810
3240428       +EDI: WFNNB.COM Jan 27 2015 21:28:00      ARIZONA MAIL ORDER,    WFNNB,    PO BOX 182124,
                 COLUMBUS, OH 43218-2124
3240424       +E-mail/Text: jorge@accountcontrolsystems.com Jan 27 2015 21:42:36
                 Account Control Systems Inc,    148 Veteran Drive Suite D,    Northvale, NJ 07647-2312
3240436       +EDI: WFNNB.COM Jan 27 2015 21:28:00      COMENITY BANK/JSSCLN,    P.O. BOX 182789,
                 Columbus, OH 43218-2789
3240443       +EDI: AMINFOFP.COM Jan 27 2015 21:28:00      FIRST PREMIER BANK,    3820 N LOUISE AVE,
                 SIOUX FALLS, SD 57107-0145
3240444       +EDI: RMSC.COM Jan 27 2015 21:28:00      GECRB/CARE CREDIT,    ATTN: BANKRUPTCY,    PO BOX 103104,
                 ROSWELL, GA 30076-9104
3240448       +EDI: HFC.COM Jan 27 2015 21:28:00      HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
3240449        EDI: IIC9.COM Jan 27 2015 21:28:00      IC SYSYTEMS, INC,    444 HIGHWAY 96 EAST,    PO BOX 64887,
                 Saint Paul, MN 55164-0887
3240441        EDI: JEFFERSONCAP.COM Jan 27 2015 21:28:00      FINGERHUT,    16 MCCELAND ROAD,
                 Saint Cloud, MN 56303
3240452       +EDI: MID8.COM Jan 27 2015 21:28:00      MIDLAND FUNDING,    8875 AERO DR,
                 SAN DIEGO, CA 92123-2255
3240456        EDI: PINNACLE.COM Jan 27 2015 21:28:00      National Asset Recovery Services,    P O Box 701,
                 Chesterfield, MO 63006-0701
3240463       +EDI: NAVIENTFKASMSERV.COM Jan 27 2015 21:28:00      SALLIE MAE,    ATTN: CLAIMS DEPARTMENT,
                 PO BOX 9500,    WILKES-BARRE, PA 18773-9500
3240464       +EDI: SEARS.COM Jan 27 2015 21:28:00      SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
                                                                                                TOTAL: 16
```

```
District/off: 1127-2            User: admin              Page 2 of 2             Date Rcvd: Jan 27, 2015
                                Form ID: b9i             Total Noticed: 53
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3240435         ##COLUMBIA HOUSE DVD CLUB,    PO BOX 91601,    Rantoul, IL 61866-8601
3240462         ##+PRI-MED PHYSICIANS,    8401 CROSSLAND LOOP,    Montgomery, AL 36117-8485
                                                                                       TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2015 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0