UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
Jacqueline Stovall,

    Debtor.

Case No. 15−30196
Chapter 13

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on December 4, 2017 at 10:00 AM

to consider and act upon the following:

*38* − Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 11/13/2017. (McKinney, Sabrina)

*39* − Objection to Trustee's Motion to Dismiss Case filed by Joshua C. Milam on behalf of Jacqueline Stovall (RE: related document(s)38 Trustee's Motion to Dismiss Case). (Attachments: # 1 Exhibit) (Milam, Joshua)

Dated November 14, 2017

Juan−Carlos Guerrero
Clerk of Court

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                              Case No. 15-30196-DHW
Jacqueline Stovall                                                  Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: jmclain           Page 1 of 1           Date Rcvd: Nov 14, 2017
                              Form ID: ntchrgBK       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db             +Jacqueline Stovall,    872 Marler Road,    Pike Road, AL 36064-3915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Creditor    Merchants Adjustment Service
               bkrp@parnellsoutheast.com
              Janna L Ifshin    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@sirote.com
              Joshua C. Milam    on behalf of Debtor Jacqueline  Stovall jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Jacqueline  Stovall rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 6